PATRICK H. HICKS, ESQ.
Nevada State Bar Number: 004632
KELSEY E. STEGALL, ESQ.
Nevada State Bar Number: 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email:  phicks@littler.com
Email:  kstegall@littler.com

Attorneys for Defendant
WYNDHAM VACATION OWNERSHIP, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TANYA SPURBECK,<br><br>                     Plaintiff,<br><br>vs.<br><br>WYNDHAM DESTINATIONS, et al., WYNDHAM VACATION OWNERSHIP, INC.,<br><br>                     Defendants. | Case No. 2:20-cv-00346-RFB-NJK<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT, (ECF NO. 43)** |

Plaintiff, TANYA SPURBECK (Pro Se) and Defendant WYNDHAM VACATION OWNERSHIP, INC. ("Defendant"), by and through its counsel, hereby stipulate to extend the time for Defendant to file a responsive pleading to Plaintiff's Amended Complaint, (ECF No. 43), from the current deadline of December 29, 2020, up to and including **January 6, 2021.**

This extension is necessary to provide adequate time during the holiday season for Defense counsel to become familiar with the allegations in the Amended Complaint and to prepare a responsive

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

pleading.  This is the first request for an extension of time to respond to the Amended Complaint.  This request is made in good faith and not for the purpose of delay.

　　　　IT IS SO STIPULATED.

Dated: December  18,  2020

Respectfully submitted,


 */s/ Tanya Spurbeck*
TANYA SPURBECK, Pro Se

Dated:  December 18, 2020

Respectfully submitted,

_____
PATRICK H. HICKS, ESQ.,
KELSEY STEGALL, ESQ.
LITTLER MENDELSON

Attorneys for Defendant
WYNDHAM VACATION OWNERSHIP, INC.

**IT IS SO ORDERED.**

Dated:  December 21, 2020

_____
United States Magistrate Judge

4848-8649-7748.1 049859.1024

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.