# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TANYA SPURBECK,<br><br>    Plaintiff(s),<br><br>v.<br><br>WYNDHAM VACATION OWNERSHIP, INC., et al.,<br><br>    Defendant(s). | Case No. 2:20-cv-00346-RFB-NJK<br><br>**Order**<br><br>[Docket No. 57] |

Pending before the Court is Plaintiff's motion to be permitted to file electronically. Docket No. 57. No response has been filed. A *pro se* litigant may request authorization to register as an electronic filer in a specific case. Local Rule IC 2-1(b). For good cause shown, Plaintiff's request for permission to file electronically is **GRANTED** subject to the following:

- No later than April 9, 2021, Plaintiff must file a certification that she has completed the CM/ECF tutorial and is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[1]

- Plaintiff is not authorized to file electronically until said certification is filed within the timeframe specified above.

- Upon timely filing of the certification, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

Dated: March 10, 2021

                                                              Nancy J. Koppe
                                                              United States Magistrate Judge

---

[1] The tutorial, Electronic Case Filing Procedures, and Civil Menu E-Filing Categories and Events can all be found at https://www.nvd.uscourts.gov/e-filing-permission/.