# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TANYA SPURBECK,

     Plaintiff(s),

v.

WYNDHAM DESTINATIONS, INC., et al.,

     Defendant(s).

Case No. 2:20-cv-00346-RFB-NJK

**Order**

[Docket Nos. 71, 72]

Pending before the Court is Plaintiff's motion for protective order.  Docket No. 71.  Also pending before the Court is Defendants' motion to compel.  Docket No. 72.  Both motions address Plaintiff's upcoming deposition, which Defendants currently seek to take on March 29, 2021.  Both parties seek expedited treatment of their motion.  The Court hereby **ORDERS** responses to the motions must be filed by March 17, 2021.  Replies will not be entertained absent further order.

IT IS SO ORDERED.

Dated: March 12, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1