# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TANYA SPURBECK,

    Plaintiff(s),

v.

WYNDHAM DESTINATIONS, INC., et al.,

    Defendant(s).

Case No. 2:20-cv-00346-RFB-NJK

**Order**

[Docket No. 108-1]

Plaintiff marked a document she filed with the Court as "confidential," prompting that document to be filed under seal. Docket No. 108-1.

There is a strong presumption in favor of the public's access to judicial filings. *See, e.g.*, *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). Documents filed in relation to a non-dispositive matter may not be sealed absent a particularized showing of good cause. *Id.* at 1180.

The exhibit at issue here is a copy of a published research paper that is on its face publicly available. Docket No. 108-1 at 2 ("The current issue and full text archive of this journal is available on Emerald Insight at: www.emeraldinsight.com/2040-7149.htm").[1] As such, there appears to be no basis for that document to remain sealed. *Cf. Protectmarriage.com-Yes on 8 v. Bowen*, 752 F.3d 827, 834 (9th Cir. 2014) ("once a fact is widely available to the public, a court cannot grant 'effective relief' to a person seeking to keep that fact a secret").

---

[1] A simple web search also appears to provide the exact same document in publicly-available form. *See* https://dynamic.uoregon.edu/jjf/articles/acrfonline.pdf.

1

No later than June 2, 2021, Plaintiff must explain in writing why this exhibit should remain sealed. Failure to do so will result in the exhibit being unsealed.

IT IS SO ORDERED.

Dated: May 26, 2021

_____
Nancy J. Koppe
United States Magistrate Judge